UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
TRI STATE TRANSPORTATION MGMT,
INC.,

              MEMORANDUM AND ORDER

          Plaintiff,             CV 10-3330

      -against-             (Wexler, J.)

VALLEY FORGE INSURANCE CO.,

          Defendant.
------------------------------------------------------X

WEXLER, District Judge:

Presently before the court is a Report and Recommendation ("R&R") of the assigned Magistrate Judge, William D. Wall. The R&R recommends that this matter be dismissed with prejudice, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

The Report and Recommendation is dated June 27, 2011, and was filed on the Court's ECF system as of that date. The time to file objections having passed without receipt of such objections, the R&R is hereby adopted. See 28 U.S.C. §636 (b)(1)(c); Fed. R. Civ. P. 72. This case is hereby dismissed with prejudice. The Clerk of the Court is directed to close the file in this matter.

SO ORDERED

                                                LEONARD D. WEXLER
                                                UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
        August 8, 2011